**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
DR. ELEANOR MACK,

               Plaintiff,

     - against -

                                                     **JUDGMENT**
                                                     CV-14-1299 (LDW)

PARKER JEWISH INSTITUTE FOR
HEALTH CARE AND REHABILITATION,
CHARLES SEIDE, GEORGIENE KENNY
and NORA KUSTIN,

               Defendants.
---------------------------------------------------------X

      A Memorandum and Order of Honorable Leonard D. Wexler, United States District Judge, having been filed on October 30, 2014, granting in part and denying in part Defendants' motion to dismiss, granting the portion of Defendants' motion seeking dismissal of the federal RICO claim and dismissing that claim with prejudice, denying that portion of Defendants' motion seeking dismissal of the state law claims on their merits, declining to exercise supplemental jurisdiction over the remaining state law claims, and dismissing those claims without prejudice, and directing the Clerk of Court to enter judgment accordingly and to close this case, it is

      **ORDERED AND ADJUDGED** that Plaintiff take nothing of Defendants; that Defendants' motion to dismiss is granted in part and denied in part; that the portion of Defendants' motion seeking dismissal of the federal RICO claim is granted; that the federal RICO claim is dismissed with prejudice; that the portion of Defendants' motion seeking dismissal of the state law claims on their merits is denied; that the remaining state law claims are dismissed without prejudice; and that this case is hereby closed.

Dated: Central Islip, New York
        November 4, 2014

                                           DOUGLAS C. PALMER
                                           CLERK OF THE COURT

                             By:     /s/ Catherine Vukovich
                                           Deputy Clerk